# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERA FRANCHISE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RANCHO PROPERTIES INC., et al., <br><br> Defendants. | 1:07cv0485 OWW DLB <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATION REGARDING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT <br><br> (Document 27) |

On August 7, 2007, the Magistrate Judge issued Findings and Recommendation that Plaintiff's Motion for Default Judgment be GRANTED.  This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.  No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued August 7, 2007, is ADOPTED IN FULL;
2. Plaintiff's Motion for Default Judgment is GRANTED;

1    3.   Plaintiff be AWARDED monetary damages in the amount of (1) $197,799.48, and
2         (2) interest at the rate of 18 percent per annum on the principal amount of
3         $52,029.98 from January 31, 2007, at the rate of $25.66 per day until paid;
4    3.   Plaintiff be AWARDED reasonable attorneys fees in the amount of $3,866.50;
5         and
6    4.   Plaintiff be AWARDED costs in the amount of $368.48.

IT IS SO ORDERED.

**Dated:   September 18, 2007**            /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE