**FILED**

September 20, 2007

Clerk, U. S. District Court
Eastern District of California

By____W. Kusamura_____
        Deputy Clerk

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERA Franchise Systems Inc.,  )<br>                              )<br>                              )<br>                              )   **DEFAULT JUDGMENT**<br>     vs                       )<br>                              )   1:07-cv-00485 OWW DLB<br>Rancho Properties Inc.,       )<br>et. al.,                      )<br>                              )<br>                              )<br>_____) | |

   Default Judgment is hereby entered in favor of the plaintiff and against the defendant in the amount of $197,799.48 and interest at the rate of 18 percent per annum on the principal amount of 52,029.98 from January 31, 2007, at the rate of $25.66 per day until paid .

Date: September 20, 2007

                              Victoria C. Minor, Clerk

                              _____
                              By Wendy Kusamura, Deputy Clerk